# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128916(57)

GWAN JUN KIM and KEESOO KIM,
     Plaintiffs-Appellants,

v

KIA MOTORS AMERICA,
     Defendant-Appellee.

SC: 128916
COA: 260071
Kent CC: 03-008356-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of January 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

d0424